**Order entered October 30, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00770-CV

**DOW JONES & COMPANY, INC., Appellant**

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., AND PATRICK DAUGHERTY,**
**Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04005**

## ORDER

Before the Court is appellee Highland Capital Management, L.P.'s unopposed Motion to Substitute Counsel. We **GRANT** Highland Capital's Motion to Substitute Counsel. We **DIRECT** the Clerk of the Court to remove Marc D. Katz, Crystal J. Woods, Adam H. Pierson and DLA Piper LLP, located at 1717 Main Street, Suite 4600, Dallas, Texas 75201 as counsel for Highland Capital Management, L.P. We further **DIRECT** the Clerk to send future communications to Highland Capital Management, L.P. through its substitute counsel Michael K. Hurst, Lynn Pinker Cox Hurst, LLP, at 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201.

/s/     DAVID J. SCHENCK
JUSTICE